UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re:  :
  :   **CHAPTER 15**
ATLAS SHIPPING A/S and ATLAS BULK  :
SHIPPING AS, Danish Corporations,  :   Case No: 09-10314
  :   Jointly Administered
        Bankrupts in Foreign Proceedings  :
  :
----------------------------------------------------------------X

### DECLARATION OF JAMES F. SWEENEY

James F. Sweeney, pursuant to 28 U.S.C. § 1746, does declare as follows:

1. I am an attorney-at-law duly admitted to practice before this Honorable Court. I make this Declaration in support of Trustee Lisa Bo Larsen's application for comity.

2. Attached hereto as Exhibit "A" is a true and correct copy of a letter from Torben Kuld Hansen, presiding judge in the Atlas foreign bankruptcy proceedings.

3. Attached hereto as Exhibit "B" is a true and correct copy of the "Transcript Of Hearing On Recognition of Foreign Proceeding Before the Honorable Martin Glenn United States Bankruptcy Judge."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
4 March 2009

                                        _____
                                        James F. Sweeney

T:\NEichler\00000\0-878\DECLARATION OF JAMES F. SWEENEY.nle.doc