# EXHIBIT A

Hon. Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 504
New York, NY 10004

      Re:    **CHAPTER 15 PETITIONS**
            United States Bankruptcy Court, SDNY
            Case No:    09-10314-mg.  Atlas Shipping A/S
            Case No:    09-10315-mg.  Atlas Bulk Shipping AS
            NH&S No:   00000878

Dear Honorable Judge Glenn:

    As presiding judge in the bankruptcy proceedings of Atlas Shipping A/S and Atlas Bulk Shipping AS (jointly referred to as "Atlas"), which proceedings were commenced by this court on 18 December 2008 (the "Bankruptcy Date"), I write to request your court's recognition and acceptance of Danish law regarding the dissolution of attachments of Atlas' property.

    Under Chapter 4 of the Danish Bankruptcy Act, attachments of Atlas' property cannot be made after the Bankruptcy Date, cf. Section 31(1), and any and all attachments of Atlas' property made before the Bankruptcy Date, automatically lapses as of the Bankruptcy Date, cf. Section 31, (3).

    In order to provide for the orderly and efficient administration and disposition of the Atlas estates, and in the interests of international comity, this Court asks that you recognize and effectuate the Danish Bankruptcy Act.

    Thank you.

                                  Respectfully yours,

                           **Sø- og Handelsretten, Skifteretten**

By: 
                              Torben Kuld Hansen
                              Presiding Judge